# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80086-CR-HURLEY/HOPKINS

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

v.

**TYRONE JOHNSON, JR.,**
   **Defendant.**
_____/

## *ORDER ADOPTING REPORT AND*
## *RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 274], dated October 2, 2012. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, November 13, 2012, at 2:00 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 23rd day of October, 2012.

**copy furnished:**
AUSA Emalyn H. Webber
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge